UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CRYSTAL CHAPMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV421-245 |
| | ) |
| AMERICA'S LIFT CHAIRS, LLC, | ) |
| and PROSPECTS DM LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Plaintiff Crystal Chapman filed an Amended Complaint adding Prospects DM LLC ("PDM") as a Defendant. Doc. 24. Defendant America's Lift Chairs, LLC ("ALC") has moved to stay discovery until PDM responds to the Amended Complaint. Doc. 28. Plaintiff opposes ALC's request. Doc. 32. Following an informal discovery dispute conference with the parties, doc. 34 (Minute Entry), and for the following reasons, the Court **GRANTS** ALC's stay request. Doc. 28.

A court has "broad discretion" in determining whether to grant a stay of discovery. *Rivas v. The Bank of New York Mellon*, 676 F. App'x 926, 932 (11th Cir. 2017); *see also Landis v. North American Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the

power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants."). Here, the Court finds that a stay would afford the parties an opportunity to streamline discovery following PDM's response to the Amended Complaint, and allow PDM to participate in drafting a renewed Rule 26(f) Report. Additionally, the Court is satisfied that Plaintiff would not be prejudiced by a stay based on her counsel's representation at the conference that the discovery she seeks would still be available after a stay.

Accordingly, all discovery deadlines in this case are **STAYED** to afford PDM an opportunity to respond to the Amended Complaint, doc. 24. *See* doc. 27 (stating that PDM was served with the Amended Complaint on March 15, 2022, and that its response is due 21 days after service). It is **ORDERED** that the stay will be lifted either when PDM files its response or on April 5, 2022, whichever is earlier. Within 30 days from the date the stay is lifted, the parties are **DIRECTED** to confer and submit a renewed Rule 26(f) Report proposing deadlines to govern the remainder of discovery for all parties in this case.

Additionally, at the informal discovery dispute conference, ALC indicated that at least one party may seek bifurcated discovery deadlines. Doc. 34 (Minute Entry). If all parties agree to bifurcation, they must so indicate in their Rule 26(f) Report. If the parties disagree over whether to bifurcate discovery, any party seeking bifurcation is **DIRECTED** to make that request in a separate motion.

**SO ORDERED**, this 25th day of March, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA