UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| CRYSTAL CHAPMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-245 |
| | ) | |
| AMERICA'S LIFT CHAIRS, LLC, and PROSPECTS DM LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties complied with the Court's direction, doc. 35 at 2-3, to confer and file a Rule 26(f) Report. Doc. 52. They used Judge Moore's Rule 26(f) form to create the report, *see id.*; however, this case has been reassigned to Judge Baker. *See* doc. 45 at 1, 4. The parties are therefore **DIRECTED** to submit a renewed Rule 26(f) Report by May 20, 2022 using the form and content contained in Judge Baker's Rule 26(f) form (available on the Court's website, https://www.gasd.uscourts.gov/, under "forms"). The initial Rule 26(f) Report is **TERMINATED**. Doc. 52. Finally, the report indicates that "Defendant [America's Lift Charis, LLC] plans to file a motion to bifurcate discovery[.]" Doc. 52 at 3. Any

party seeking discovery bifurcation must make that request in a motion by May 20, 2022.

**SO ORDERED**, this 12th day of May, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA