IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CRYSTAL CHAPMAN, on behalf of herself and others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-245 |
| v. | |
| AMERICA'S LIFT CHAIRS, LLC; and PROSPECTS DM LLC, | |
| Defendants. | |

**O R D E R**

Presently before the Court is "Plaintiff's Notice of Dismissal of Defendant Prospects DM LLC." (Doc. 51.) Therein, Plaintiff gives notice of her dismissal of Prospects DM LLC ("Prospects") without prejudice, with each party to bear its own attorneys' fees and costs. (Id.) Defendant Prospects has not filed an answer or a motion for summary judgment in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

Accordingly, Defendant Prospects has been **DISMISSED WITHOUT PREJUDICE**. See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973) ("[R]eading the rules governing dismissal by notice and dismissal by motion together, we conclude that it was intended by the rule-makers to permit dismissal against such of the defendants as have

not served an answer or motion for summary judgment . . . .").[1]  Accordingly, Prospects' pending Motion to Dismiss Plaintiff's First Amended Complaint is **DENIED as moot**.  (Doc. 38.)  The Court **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 23rd day of June, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.